1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVI WEISS, individually and on behalf of a class of similarly situated individuals,<br><br>         Plaintiff,<br><br>v.<br><br>SEE'S CANDY SHOPS INC., SEE'S CANDIES INC., and DOES 1 through 5,<br><br>         Defendants. | Case No. 16-cv-00661-EMC<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Compliant Filed:  February 9, 2016<br>Trial Date:  None Set |

The Court, upon consideration of the parties' Joint Request and Stipulation To Continue Case Management Conference ("CMC"), hereby finds good cause to ORDER the following:

The parties' Request and Joint Stipulation is GRANTED.

1      The June 2, 2016 CMC shall be continued to  8/18  , 2016 (August 18, 2016

2  or a day thereafter).

3      IT IS SO ORDERED.

4

5  DATED: May 20, 2016                  Hon. Edward M. Chen
                                           District Court Judge

6

7

...

28