David C. Parisi (SBN 162248)
dparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, CA 90405
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Attorneys for Plaintiff Avi Weiss,
individually and on behalf of a class of
similarly situated individuals
(*Additional counsel on signature page*)

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
ERIC J. DiIULIO, Cal. Bar No. 301439
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        npopovic@sheppardmullin.com
              ediiulio@sheppardmullin.com

Attorneys for Defendants
SEE'S CANDY SHOPS, INC. and
SEE'S CANDIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVI WEISS, individually and on behalf of a class of similarly situated individuals,<br><br>           Plaintiff,<br><br>      v.<br><br>SEE'S CANDY SHOPS INC., SEE'S CANDIES INC., and DOES 1 through 5,<br><br>           Defendants. | Case No. 16-cv-00661-EMC<br><br>CLASS ACTION<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Assigned Hon. Edward M. Chen<br><br>Complaint filed:  February 9, 2016<br>Trial Date:       TBD |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Northern District of California Local Rules 6-1, 6-2, and 7-12, plaintiff Avi Weiss and defendants See's Candies, Inc. and See's Candy Shops, Inc. (collectively "See's"), by and through their respective counsel, hereby respectfully stipulate and jointly request that the Court continue the case management conference and hearing on See's' motion to dismiss from April 13, 2017, to April 27, 2017, at 1:30 p.m.

## RECITALS

WHEREAS, on January 19, 2017, the Court set the hearing on See's anticipated motion to dismiss and a further case management conference for April 13, 2017.  Dkt. 37.

WHEREAS, lead counsel for See's is scheduled to be in arbitration in another matter from April 10 until April 14, 2017, and therefore cannot be present in this Court on April 13, 2017.

WHEREAS, the parties have met and conferred and plaintiff agreed to defendants' request to continue the April 13, 2017 hearing and further case management conference until April 27, 2017.

WHEREAS, the only prior modification of time in this case occurred on February 29, 2016, when the parties agreed to extend See's deadline to respond the complaint to April 4, 2016.

WHEREAS, the continuance requested herein will not otherwise affect the schedule for the case.

WHEREAS, defendants' counsel Eric DiIulio attests that Suzanne Havens Beckman concurs in filing this stipulation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, by and through their respective counsel, that the case management conference and the hearing on See's motion to dismiss presently scheduled for April 13, 2017, at 1:30 p.m., shall be continued to April 27, 2017, at 1:30 p.m.

**IT IS SO STIPULATED.**

Dated:  February 21, 2017          Parisi & Havens, LLP

                                   By      */s/ Susanne Havens Beckman*
                                           David C. Parisi
                                           Susanne Havens Beckman

                                           -and-

                                           Yitzchak H. Lieberman (SBN 277678)
                                           Grace E. Parasmo (*pro hac vice*)
                                           gparasmo@parasmoliebermanlaw.com
                                           PARASMO LIEBERMAN LAW
                                           7400 Hollywood Blvd, #505
                                           Los Angeles, CA 90046
                                           Telephone: (917) 657-6857
                                           Facsimile: (877) 501-3346
                                           *Attorneys for Plaintiff*

Dated:  February 21, 2017          SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                   By      _____
                                           Neil A.F. Popović
                                           Eric J. DiIulio

                                           *Attorneys for Defendants*

1

**[PRO~POS~SED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED:

3

DATED: _____2/22_____, 2017

4

5



6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 16-cv-00661-EMC

SMRH:481251016.1                                      STIP REQUEST TO CONTINUE HEARING AND CMC